| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Falk, Mark | 2. Court or Organization<br><br>United States District Court - New Jersey | 3. Date of Report<br><br>12/27/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge-Full-time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

United States Magistrate Judge, District of New Jersey
United States Post Office & Courthouse
One Federal Square, Rm 457
Newark, New Jersey 07101-0999

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Executor | Estate #1 |
| 2. | Trustee | Trust #1 |
| 3. | Co-Trustee | Family Trust #2 |
| 4. | Co-Trustee | Living Trust #3 |
| 5. | Co-Trustee | GST Trust #4 |
| 6. | Co-Trustee | GST Trust #5 |
| 7. | Power of Attorney | Relative |
| 8. | Treasurer | Federal Magistrate Judges Association |
| 9. | Adjunct Professor | Rugters School of Law |
| 10. | Adjunct Professor | Fordham Law School |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Falk, Mark | 12/27/2017 |

2. _____

3. _____

| Name of Person Reporting | Date of Report |
|---|---|
| Falk, Mark | 12/27/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 2016 | Trustee Commission from Falk Living Trust #1 | $9,317.72 |
| 2. 2016 | Fordham Law School-teaching | $1,638.00 |
| 3. 2016 | Rutgers Law School-teaching | $2,500.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Self-employed (court stenography) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Magistrate Judges Association | 09/14/16 - 09/16/16 | Washington, DC | Executive Board Meetings | Transportation, Lodging |
| 2. | Federal Magistrate Judges Associatoin | 02/21/16 - -2/23/16 | Washington, DC | Executive Board Meetings | Transportation, Lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Falk, Mark | 12/27/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 (H) | | | | | | | | | |
| 2. Fidelity Ginnie Mae Fund | A | Int./Div. | J | T | | | | | |
| 3. Fidelity N.J. Muni Money Market Fund | A | Int./Div. | K | T | | | | | |
| 4. Fidelity Floating Rate | A | Int./Div. | J | T | | | | | |
| 5. Fidelity Cash Reserves | A | Int./Div. | L | T | | | | | |
| 6. IRA #1 (H) | | | | | | | | | |
| 7. -MS U.S. Govt. Securities Trust B | B | Int./Div. | L | T | | | | | |
| 8. IRA #2 (H) | | | | | | | | | |
| 9. -Rydex Invers. Govt Long Bond | A | Interest | J | T | | | | | |
| 10. -Vanguard Short Term Investors | A | Interest | K | T | | | | | |
| 11. -Vanguard Fixed Income High Yield | B | Interest | K | T | Redeemed (part) | 02/19/16 | J | | |
| 12. -Vanguard Div. App. Index | A | Dividend | K | T | Redeemed (part) | 02/19/16 | K | D | |
| 13. -Vanguard Value Index | A | Dividend | K | T | | | | | |
| 14. -Ishares Russell Midcap Value Index | A | Dividend | K | T | | | | | |
| 15. -Ishares Russell 1000 Value Index | A | Dividend | K | T | | | | | |
| 16. -Fidelity Convertible Securities Fund | B | Dividend | K | T | | | | | |
| 17. -Nasdaq 100 Trust Unit Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Falk, Mark | 12/27/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Fidelity Overseas Mutual Fund | A | Dividend | K | T | | | | | |
| 19. -Fidelity Puritan Mutual Fund | A | Dividend | J | T | | | | | |
| 20. -Fidelity Blue Chip Growth Mutual Fund | A | Dividend | J | T | Redeemed (part) | 12/21/16 | J | | |
| 21. -Fidelity Cash Reserves | A | Interest | N | T | | | | | |
| 22. -Fidelity US Bond Index | A | Dividend | K | T | | | | | |
| 23. -Fidelity Ext. MKT Index Premium Class* | A | Dividend | J | T | | | | | |
| 24. -Fidelity Intl. Index Premium Class* | A | Dividend | K | T | | | | | |
| 25. -Fidelity Intl. Treasury Bond Index* | A | Dividend | J | T | | | | | |
| 26. -Fidelity 500 Index Premium Class* | A | Dividend | J | T | | | | | |
| 27. -Vanguard Inflaction Protected SECs | B | Interest | K | T | | | | | |
| 28. -Vanguard Small Cap Value Index | A | Dividend | K | T | | | | | |
| 29. -Fidelity Magellan Mutual Fund | A | Dividend | K | T | | | | | |
| 30. -Fidelity Ginnie Mae Fund | A | Dividend | J | T | | | | | |
| 31. -Fidelity Growth & Income Mutual Fund | A | Dividend | K | T | | | | | |
| 32. -Fidelity Intermediate Bond Mutual Fund | A | Interest | J | T | | | | | |
| 33. -Fidelity Retirement Govt. Money Market | A | Interest | J | T | | | | | |
| 34. -Fidelity Short Term Bond | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Falk, Mark | 12/27/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | -Vanguard Wellesley Inc. | A | Dividend | K | T | | | | | |
| 36. | -Doubleline Bond Fund | A | Dividend | K | T | | | | | |
| 37. | -Ishares Silver | A | Interest | J | T | | | | | |
| 38. | -Ishares China ETF | A | Interest | J | T | | | | | |
| 39. | -Pro Shares Short Dow | A | Interest | K | T | | | | | |
| 40. | -Pro Shares Ultrashort Russell 2000** | A | Interest | J | T | | | | | |
| 41. | -Pro Shares Ultra Short Cap | A | Interest | J | T | | | | | |
| 42. | -Pro Shares Short S&P 500 | A | Interest | L | T | | | | | |
| 43. | -Pro Shares Short QQQ | A | Interest | K | T | | | | | |
| 44. | -Fidelity Floating Rate High Income*** | B | Interest | K | T | | | | | |
| 45. | IRA #3 (H) | | | | | | | | | |
| 46. | -Vanguard Total Stock Market Index Mutual Fund | B | Dividend | L | T | | | | | |
| 47. | Alcoa Common Stock | A | Dividend | J | T | | | | | |
| 48. | Coca Cola Common Stock | A | Dividend | J | T | | | | | |
| 49. | Brokerage Account #1 (H) | | | | | | | | | |
| 50. | -Morgan Stanley Tax Free Daily Income Trust | A | Dividend | | | Redeemed | 04/12/16 | N | | |
| 51. | -Apple | A | Dividend | | | Sold | 3/31/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Falk, Mark | 12/27/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Invesco Muni Income Y | A | Dividend | | | Sold | 03/31/16 | L | A | |
| 53. -Morgan Stanley Bank | A | Interest | J | T | Open | 4/12/16 | J | | |
| 54. -PIMCO Short Term P | A | Dividend | L | T | Buy | 4/4/16 | L | | |
| 55. | | | | | Buy | 04/06/16 | J | | |
| 56. -Western Ast Int Term Muni I | B | Dividend | L | T | Buy | 04/06/16 | L | | |
| 57. | | | | | Buy | 4/06/16 | J | | |
| 58. -Wells Fargo St Muni Bd INS | A | Dividend | L | T | Buy | 04/04/16 | L | | |
| 59. | | | | | Buy | 04/06/16 | J | | |
| 60. -SPDR Nuveen Barclays Mun ETF | A | Dividend | K | T | Buy | 04/04/16 | K | | |
| 61. | | | | | Buy | 04/06/16 | J | | |
| 62. -SPDR Nuveen Barclays Short ETF | A | Dividend | K | T | Buy | 04/04/16 | K | | |
| 63. | | | | | Buy | 04/06/16 | J | | |
| 64. -ISHARES Russell 1000 GRW ETF | A | Dividend | J | T | Buy | 04/04/16 | K | | |
| 65. | | | | | Sold (part) | 04/06/16 | J | | |
| 66. | | | | | Sold (part) | 09/21/16 | J | A | |
| 67. -Deutsche X-Trackers MSCI EAF | A | Distribution | K | T | Buy | 04/04/16 | K | | |
| 68. | | | | | Buy | 04/05/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 04/16/16 | J | | |
| 70. -E V Income Fund of Boston I | B | Dividend | K | T | Buy | 04/04/16 | J | | |
| 71. | | | | | Buy | 04/06/16 | J | | |
| 72. -Cambiar INTL Equity INV | A | Dividend | J | T | Buy | 04/04/16 | J | | |
| 73. | | | | | Buy | 04/06/16 | J | | |
| 74. | | | | | Sold (part) | 09/21/16 | J | A | |
| 75. -ISHARES Russell 1000 Value ETF | A | Dividend | J | T | Buy | 04/04/16 | J | | |
| 76. | | | | | Sold (part) | 04/06/16 | J | | |
| 77. | | | | | Sold (part) | 06/29/16 | J | A | |
| 78. -PIMCO Foregin BD US $ Hedged P | A | Dividend | J | T | Buy | 04/04/16 | J | | |
| 79. | | | | | Sold (part) | 04/06/16 | J | | |
| 80. -Wells Fargo Emerg Mrk EQ Inc. | A | Dividend | J | T | Buy | 04/06/16 | J | | |
| 81. | | | | | Buy | 04/04/16 | J | | |
| 82. -Delaware Value INSTL | A | Dividend | J | T | Buy | 04/04/16 | J | | |
| 83. | | | | | Buy | 04/06/16 | J | | |
| 84. | | | | | Buy | 06/29/16 | J | | |
| 85. | | | | | Sold (part) | 09/21/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Falk, Mark | 12/27/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  -ISHARES RUSSELL 2000 Growth ETF | A | Dividend | | | Buy | 04/04/16 | J | | |
| 87. | | | | | Sold | 09/21/16 | J | A | |
| 88.  -ISHARES RUSSELL 2000 Value ETF | A | Dividend | J | T | Buy | 04/04/16 | J | | |
| 89. | | | | | Buy | 04/05/16 | J | | |
| 90. | | | | | Sold (part) | 06/29/16 | J | A | |
| 91.  -Wells Fargo Special MDCP VL AD | A | Dividend | | | Buy | 04/04/16 | J | | |
| 92. | | | | | Buy | 04/06/16 | J | | |
| 93. | | | | | Sold | 09/21/16 | J | A | |
| 94.  -Hartford Midcap I | A | Dividend | | | Buy | 04/04/16 | J | | |
| 95. | | | | | Buy | 04/06/16 | J | | |
| 96. | | | | | Buy | 06/29/16 | J | | |
| 97. | | | | | Sold | 09/21/16 | J | A | |
| 98.  -ISHARES RUSSELL Midcap V ETF | A | Dividend | J | T | Buy | 04/04/16 | J | | |
| 99. | | | | | Buy | 04/05/16 | J | | |
| 100.  -ISHARES RUSSELL Midcap G ETF | A | Dividend | J | T | Buy | 04/04/16 | J | | |
| 101. | | | | | Sold (part) | 06/29/16 | J | | |
| 102.  -Delware Inv Sm Cap Val INST | A | Dividend | J | T | Buy | 06/29/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Edgewood Growth Instl | A | Dividend | J | T | Buy | 09/21/16 | J | | |
| 104. -Harding Loevner Intl EQTY INSTL | A | Dividend | J | T | Buy | 09/21/16 | J | | |
| 105. -T. Rowe Price QM US | A | Dividend | J | T | Buy | 09/21/16 | J | | |
| 106. IRA #4-Phoenix Variable Annuity (H) | A | Int./Div. | J | T | | | | | |
| 107. -Virtus Capital Growth | A | Int./Div. | J | T | | | | | |
| 108. -Virtus Strat Alloc | A | Int./Div. | J | T | | | | | |
| 109. -Virtus International | A | Int./Div. | J | T | | | | | |
| 110. -Wanger USA | A | Int./Div. | J | T | | | | | |
| 111. -Wagner International | A | Int./Div. | J | T | | | | | |
| 112. -Federated Prime Money Market | A | Int./Div. | J | T | | | | | |
| 113. SEP Account 1 (H) | | | | | | | | | |
| 114. -Vanguard Total Stock Market Index Mutual Fund | E | Dividend | O | T | Buy | 04/14/16 | K | | |
| 115. -Vanguard Prime Money Market Fund | B | Interest | L | T | | | | | |
| 116. Wells Fargo Bank Account 1 | B | Interest | L | T | | | | | |
| 117. Wells Fargo Bank Account 2 | B | Interest | N | T | | | | | |
| 118. Wells Fargo Bank Account 3 | A | Interest | J | T | | | | | |
| 119. Bank of America Account 1 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Falk, Mark | 12/27/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Amboy Bank Account | A | Interest | J | T | | | | | |
| 121. Investment Account #2 (H) | | | | | | | | | |
| 122. -Fidelity NJ Muni Money Market | A | Interest | J | T | | | | | |
| 123. -Fidelity Floating Rate | A | Dividend | J | T | | | | | |
| 124. -Fidelity GNMA Fund | A | Dividend | J | T | | | | | |
| 125. -Fidelity Cash Reserve | A | Interest | K | T | | | | | |
| 126. -Fidelity Convertible Securities | B | Dividend | K | T | | | | | |
| 127. Bank of America Account 2 | A | Interest | J | T | | | | | |
| 128. Bank of America Account 3 | A | Interest | J | T | | | | | |
| 129. Bank of America Account 4 | B | Interest | L | T | | | | | |
| 130. Santander | A | Interest | J | T | | | | | |
| 131. Investment Acount #3 (H) | | | | | | | | | |
| 132. -Vanguard Growth & Income | A | Dividend | K | T | | | | | |
| 133. -Vanguard Healthcare | B | Dividend | L | T | | | | | |
| 134. -Vanguard Inter-Tax Exempt | B | Dividend | J | T | Sold (part) | 12/27/16 | K | B | |
| 135. -Vanguard Prime Mkt Fund | A | Dividend | M | T | | | | | |
| 136. -Vanguard Total Stk Mk. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Falk, Mark | 12/27/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Vanguard 500 Index | B | Dividend | L | T | Sold (part) | 12/27/16 | K | E | |
| 138. Investment Account #4 (H) | | | | | | | | | |
| 139. -Charles Schwab Cash Account**** | A | Interest | L | T | | | | | |
| 140. -General Electric | A | Dividend | | | Sold | 07/25/16 | J | A | |
| 141. -Halliburton | A | Dividend | | | Sold | 07/25/16 | L | B | |
| 142. Investment Account #5 (H) | | | | | | | | | |
| 143. Charles Schwab Cash Account**** | A | Interest | M | T | | | | | |
| 144. -Chevron Corp | A | Dividend | | | Sold (part) | 03/03/16 | K | D | |
| 145. | | | | | Sold (part) | 07/25/16 | J | C | |
| 146. -Eastman Chemical | | Dividend | | | Sold (part) | 03/03/16 | K | D | |
| 147. | | | | | Sold (part) | 07/25/16 | J | B | |
| 148. -Fidelity NY Muni Income | A | Dividend | K | T | | | | | |
| 149. -IBM | B | Dividend | | | Sold (part) | 03/03/16 | M | E | |
| 150. | | | | | Sold (part) | 07/25/16 | K | D | |
| 151. -USAA Tax Exempt | A | Dividend | K | T | | | | | |
| 152. IRA #5 (H) | | | | | | | | | |
| 153. -AB Weath Appreciation | A | Dividend | K | T | Sold (part) | 12/23/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Falk, Mark | 12/27/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ]  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Distributed (part) | 12/27/16 | J | | RMD Distribution |
| 155. Trust #5 (H) | | | | | | | | | |
| 156. -Morgan Stanley Bank Cash (X) | A | Interest | N | T | Open | 11/22/16 | N | | From Trust #3 |
| 157. Trust #4 (H) | | | | | | | | | |
| 158. -Chase Checking (X) | A | Interest | N | T | Open | 11/22/16 | N | | From Trust #3 |
| 159. Estate #1 (H) | | | | | | | | | |
| 160. -Chase Checking (X) | A | Interest | K | T | | | | | |
| 161. -Ally Bank CD (X) | A | Interest | | | Redeemed | 07/01/16 | J | | to Estate #1 Bank Acct |
| 162. Trust #2 (H) | | | | | | | | | |
| 163. -Santander Money Market | A | Interest | | | Distributed | 04/25/16 | L | | to Trust #2 Beneficiary |
| 164. -Santander Money Market | A | Interest | | | Distributed | 04/25/16 | K | | to Trust #2 Beneficiary |
| 165. Trust #3 (H) | | | | | | | | | |
| 166. -Chase Checking | A | Interest | M | T | Distributed (part) | 11/22/16 | N | | to Trust #4 |
| 167. -Chase Savings | A | Interest | J | T | Distributed (part) | 11/22/16 | M | | to Trust #3 |
| 168. -Franklin Templeton Funds New York T/F Inc FD INC | A | Dividend | | | Sold | 07/12/16 | K | A | cash to Trust #3 Chase |
| 169. -New York NY GO BDS SUBSER GO | A | Dividend | | | Sold | 07/13/16 | K | A | cash to Trust #3 Chase |
| 170. -JP Morgan Deposit Sweep | A | Interest | | | Distributed | 07/14/16 | J | | cash to Trust #3 Chase |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Falk, Mark | 12/27/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  -AB Large Cap Growth Fund-ADV | A | Dividend | | | Sold | 02/22/16 | K | A | cash to Trust #3 Chase |
| 172.  -Bernstein Tax Managed | A | Dividend | | | Sold | 05/31/16 | K | A | cash to Trust #3 Chase |
| 173.  -AB Concentrated Growth Fund Advisor Class | A | Dividend | | | Buy | 02/22/16 | J | | |
| 174.  -AB Concentrated Growth Fund Advisor Class | A | Dividend | | | Sold | 7/13/16 | J | A | cash to Trust #3 Chase |
| 175.  -AB Discovery Growth Fund-Adv | A | Dividend | | | Sold | 07/13/16 | J | A | cash to Trust #3 Chase |
| 176.  -AB Discovery Value Fund-Adv | A | Dividend | | | Sold | 07/13/16 | J | A | cash to Trust #3 Chase |
| 177.  -AB Global Thematic Growth Fund Advisor Cl | A | Dividend | | | Sold | 07/13/16 | J | A | csah to Trust #3 Chase |
| 178.  -AB International Small Cap Portfolio | A | Dividend | | | Buy | 02/22/16 | J | | |
| 179.  -AB International Growth Fund Advisor Cl (X) | A | Dividend | | | Sold | 07/13/16 | J | A | cash to Trust #3 Chase |
| 180.  -AB Small Cap Core Portfolio Adv Cl | A | Dividend | | | Buy | 03/07/16 | J | | |
| 181.  -AB Small Cap Core Portfolio Adv Cl | A | Dividend | | | Sold | 07/13/16 | J | A | cash to Trust #3 Chase |
| 182.  -AllianceBernstein GL Core-AD | A | Dividend | | | Buy | 02/22/16 | J | | |
| 183.  -AllianceBernstein GL Core-AD | A | Dividend | | | Sold | 07/13/16 | J | A | cash to Trust #3 Chase |
| 184.  -Bernstein Emerging Markets | A | Dividend | | | Sold | 07/13/16 | J | A | cash to Trust #3 Chase |
| 185.  -Bernstein Tax-Aware Overlay A Portfolio | A | Dividend | | | Sold | 07/13/16 | L | A | cash to Trust #3 Chase |
| 186.  -Bernstein Tax-Aware Overlay N Portfolio | A | Dividend | | | Sold | 07/13/16 | L | A | cash to Trust #3 Chase |
| 187.  -Bernstein New York | A | Dividend | | | Sold | 07/19/16 | M | C | cash to Trust #3 Chase |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. -AB Value Fund | A | Dividend | | | Sold | 07/13/16 | K | A | cash to Trust #3 Chase |
| 189. -AB Portfolios ABTXMG WLT ADV | A | Dividend | | | Sold | 07/14/16 | J | A | cash to Trust #3 Chase |
| 190. -Astoria Financial Corp. | A | Dividend | | | Sold | 09/21/16 | K | A | cash to Trust #3 Chase |
| 191. -Goldman Sachs Group Inc. | A | Dividend | | | Sold | 09/21/16 | K | A | cash to Trust #3 Chase |
| 192. -RBC U.S. Govt Money Market Fund | A | Interest | | | Distributed | 09/21/16 | L | | cash to Trust #3 Chase |
| 193. -Vanguard Inter-Term Tax-Exempt Inv | A | Dividend | | | Sold | 07/12/16 | K | B | cash to Trust #3 Chase |
| 194. -Vanguard Windsor II Fund Inv | A | Dividend | | | Sold | 07/12/16 | K | A | cash to Trust #3 Chase |
| 195. -Vanguard 500 Index Fund Adm | A | Dividend | | | Sold | 07/12/16 | K | B | cash to Trust #3 Chase |
| 196. -General Electric Stock | C | Dividend | | | Sold | 07/25/16 | M | E | cash to Trust #3 Chase |
| 197. -Chevron Stock | C | Dividend | | | Sold | 07/13/16 | M | D | cash to Trust #3 Chase |
| 198. -IBM Stock (X) | A | Dividend | | | Sold | 10/25/16 | J | A | cash to Trust #5 |
| 199. -Whirlpool Stock (X) | A | Dividend | | | Sold | 10/25/16 | K | A | cash to Trust #5 |
| 200. -Center Coast MLP Focus C | A | Distribution | | | Sold | 07/12/16 | J | A | cash to Trust #5 |
| 201. -Coumbia High Yield Bond C | A | Dividend | | | Sold | 07/12/16 | J | A | cash to Trust #5 |
| 202. -Illinois Tool Works Stock | A | Dividend | | | Sold | 07/12/16 | J | A | cash to Trust #5 |
| 203. - Wells Fargo BK N.A. | A | Int./Div. | | | Sold | 06/28/16 | J | A | cash to Trust #5 |
| 204. -American Electric Power Stock (X) | A | Dividend | | | Sold | 10/25/16 | L | A | cash to Trust #5 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. -BAC CAP TR VIII | A | Interest | | | Sold | 07/12/16 | J | A | cash to Trust #5 |
| 206. -Corts TR AON CAP | A | Interest | | | Sold | 07/12/16 | J | B | cash to Trust #5 |
| 207. -Countrywide CAP V 7000 | A | Interest | | | Sold | 07/12/16 | J | A | cash to Trust #5 |
| 208. -East Hampton Town BE 5000 | A | Interest | | | Sold | 07/12/16 | K | B | cash to Trust #5 |
| 209. -Goldman Sachs 5250 | A | Interest | | | Sold | 07/12/16 | J | A | cash to Trust #5 |
| 210. -Goldman Sachs CD 2800 | A | Interest | | | Sold | 07/12/16 | J | A | cash to Trust #5 |
| 211. -Goldman Sachs CD 3100 | A | Interest | | | Sold | 06/06/16 | J | A | cash to Trust #5 |
| 212. -Morgan Stanley 5500 | A | Interest | | | Sold | 07/12/16 | J | B | cash to Trust #5 |
| 213. -NYS DA REVS-B | A | Interest | | | Sold | 07/12/16 | K | B | cash to Trust #5 |
| 214. -NYS TWY HWY-A | A | Interest | | | Sold | 04/01/16 | J | A | cash to Trust #5 |
| 215. -1st Financial Bank CD | A | Interest | | | Sold | 07/12/16 | K | A | cash to Trust #5 |
| 216. -Morgan Stanley Bank N.A. (X) | A | Interest | | | Distributed | 11/22/16 | K | | to Trust #5 |
| 217. Relative Power of Attorney (H) | | | | | | | | | |
| 218. -Chase Checking (X) | A | Interest | J | T | | | | | |
| 219. | | | | | | | | | |
| 220. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

*Spartan items under IRA #3 are actually known on Fidelity statement as Fidelity not Spartan in 2016

Trust #2 closed out completely in 2016

Trust #3 all securities and assets were liquidated only Chase Checking and Chase Savings Account remains at the end of 2016

Trust #4 and Trust #5 established at the end of 2016

I reported the death of a relative on my 2015 report and my service as a co-trustee, co-executor. Much of this report was prepared with the assistance and reliance upon the Attorney for my relative's estate and trusts, for which I served as co-executor and co-trustee. The attorney had the records and largely coordinated the distribution of trust and estate assets. We believe the information is accurate and complete. However, this is an ongoing process and if any minor inaccuracies are discovered, I will report them on my next annual report.

**This entry was incorrectly titled. It is properly called the Proshares Ultrashort Russell 2000 which was listed on the 2016 report at Line 41.

***It appears that this entry was erroneously not included in my 2015 report. The information provided is correct. If further information is required, I believe same can be provided.

****These entries reflect cash accounts. They were erroneously listed as money market funds. Charles Schwab has confirmed that they are in fact cash accounts.

Explanation for listing Fidelity Convertible Securities on Line 46 of 2015 Amended Report. This fund is held in two accounts and I believe is correctly reported on Lines 16 and 126 of my 2016 Report. If further information is required, please advise.

Explanation for Fidelity New Jersey Municipal Income Fund listed on Line 85 of the 2015 Amended Report. I am still researching this apparent inconsistency. I believe it may relate to how the fund was titled.

Explanation for Vanguard Total Stock Market Index Mutual Fund listed on Line 129 of the 2015 Amended Report. This fund is held in several accounts. I believe it is reflected as Entry 136 on my 2016 Report.

Explanation for "BDS - Subser Go Bond," and "Bernstein Sanford C Fund Inc." listed on Lines 129 and 153 in the Amended 2015 Report and apparently not listed in the 2016 Report. As noted in both the 2015 and 2016 Reports, as a result of the complexity of handling and distributing the assets of my relative's estate and trusts, I engaged the services of an attorney, who as reported previously provided much of the information used in completing these reports. Unfortunately, near the end of 2016, the attorney left the estate practice and much of the information became difficult to access. These assets were part of my relative's estate, all of which was distributed at the time my attorney ceased the practice. I am fairly certain that these assets were not held by me or the estate or trusts at the end of 2016. I am attempting to figure out precisely when these assets were distributed. However, it has been very difficult without the assistance of the attorney who handled it. I apologize for the confusion and will continue my efforts to provide the details.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mark Falk**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544